# EXHIBIT A

Case 3:25-cr-04822-TWR     Document 21-1     Filed 03/06/26     PageID.174     Page 1 of 2





