# EXHIBIT B

Maria G. Quintero


Date: February 9, 2026

Re: John Carlo Quintero
Case Number: 25CR04822

To Whom It May Concern,

As someone who has known Johncarlo longer than most, and undisputedly to a greater degree, I'm obliged to write to you today. As his older sister, I have filled many roles in his life: caretaker, friend, and family. For as long as I can remember, it was always him and I (our younger brother, Osvaldo, was much too young to join us in our day-day activities, but joined soon after), until I joined the military and moved away. At such a young age, 18 and fresh out of high school, I had so much to learn from the world and my newly acquired profession, which kept me distanced from my family. Our form of communication quickly became care packages from wherever it was I was sent next. To say the least, I was eager to show my siblings that there are great things out there. They, in return, lovingly sent back a little piece of home.

Sir, I take the time to write to you today, not only because Johncarlo is family, but because I understand how detrimental being in a bad environment can be as an adult and even more so as a child. One of the greatest skills the military has taught me is looking out for signs. All things considered, my brother, Tito, is not nearly the same person he was when I was around and he hasn't been for a while. A change in personality is something very scary to witness, especially when it comes to someone so young and inexperienced in life. We ask ourselves, "what could possibly be so bad?" But we fail to recognize that a child's mind does not process the world as an adult's does. His happy-go-lucky personality was replaced with a mute and paranoid one and more recently, it was Russian roulette waiting to see which version of my brother I was getting every day. This disheartening sight, when home and looking from the outside in, allowed me to quickly step in. At the very least, I would observe him closely. For the amount of times everyone saw a disobedient child, I held him in my arms as he overwhelmingly and teary eyed told me he was scared. A child is meant to be protected.

In total, our mother birthed 5 children. She got pregnant with me at 16, with tito at 25, and with Osvaldo soon after. Although we met our father every now and again, he was absent for the majority of our lives leaving us with a crumb of a father figure. When our parents separated, we saw our father even less and my mother, like any mother would, tried her best to give us a normal life. It is common for a single parent to try and provide financially first, overlooking the nurturing that a developing child needs. Like myself at his age, my brother attempted to reconnect with our father multiple times only to be left with unanswered calls and messages. While our younger brothers were blessed with a stable household, the opposite was true for Tito and I. Because of family and family friends, even if that meant constantly moving states and at times staying in motels, we were fortunate to always have a roof over our head. Still, instability

is an awfully difficult thing to forget, and when you're immature with little guidance of how the real world works, one can quickly get wrapped up in a fantasy. We make ourselves self-righteous, ignorant to the fact that despite our good intentions, we may be causing harm.

As an immigrant family, our family grew up poor. With that, some necessities became customary and a crowded home was anything but out of the ordinary. Our family isn't perfect. They yell and shout, perhaps more than necessary. Even so, we give a helping hand when we can, even if that means sacrificing comfort. Our grandparents lived with us for most of our lives. When our grandmother passed, shortly after our uncle's murder, our family was in deep grief. Did you know that one of the prominent signs of unhealthy coping mechanisms for grief is an increase in risk-taking behavior? Not every child chooses the same paths my brother chose, not every child goes through the same traumatic experiences my brother did, and not every child grows up in an unstable environment as my brother did. Take those same features, that same child and put him in a healthy environment and watch him prosper. A child is meant to be protected.

When you grow up alone, you become one of two things: selfish or selfless. Despite his upbringing, Tito is good-natured. He cared(s) for his grandparents, he cares for his siblings, and as we all know, he cares for people he frankly should not care about as they do not care about him. Having similar childhood experiences and shared sentiments, Tito and I did a lot together. Of many, two stand out: training and baking. Much like I cared for him, he cares for others. Since my grandmother's passing, my grandfather seldom eats. Whether it was top ramen, a simple egg, or pancakes (my brothers and I love making pancakes), if Tito was eating, he would always ensure whoever was up was being fed as well, especially my grandfather. If there was nothing ready by the time my grandfather woke, he himself often prepared a quick meal. Being the eldest at-home sibling, Tito quickly took it upon himself to ensure our youngest siblings had what was needed. My brother is not only selfless, but he is also willing and kind. His willingness to help often surprised me. You see, with four brothers, I quickly became accustomed to them offering help… for monetary exchange of course. Tito was always the exception. He's always ready to help, even when one clearly does not need it. As a Marine, I take pride in my strength. As a sister and a woman, I am proud my brother does not care about it, and is eager to help me or whomever when he is capable.

From a very young age, Tito promised my mother a house of her own. As young as he is, my brother has always been self-driven. At every chance he could, he'd ask me for my input on how to obtain a job. Unfortunately, he was much too young and the thought of him working in Wilmington made me nervous, so I often defaulted to him doing chores - my family is not that type of family. You do chores because you live there, not for an allowance. I did hope, however, that my family adopted this healthy ideology. On different occasions, I found it satisfying calling home as my mother would state that Tito had left to my uncle's in an attempt to employ himself. I rejoiced at moments like these as I was witnessing my brother take on characteristics that I took on growing up.

While overseas, my brother and I often entertained the idea of having him move in with me. An idea that he adored, I quote, "yes! Please! Can I move now?". Looking back today, it pains me to think of this as what it clearly was, a cry for help. During this timeframe, at 20 years old, I myself was still working on growing into the person I not only needed to be, but wanted to be.

My brother is not perfect; he is a child. He's motivated by what people think of him. He is immature and has much to learn from the world. The environment that he grew up in and the environment that is waiting for him today, at home, are worlds apart. Tito may talk big, but actions speak louder than words and I know that he carries heavily all that has happened. I know that with proper support, my support, my family's support, and clinical support, he is able to develop into a great man. He does not need reformation, sir, he is a child. A child that in the right conditions is adaptable. Johncarlo needs help not persecution. A child is meant to be protected.

Sincerely,
Maria G. Quintero

**[TRANSLATION]**

Judge Robinson,

I, Rosalinda Melena, mother of Johncarlo Quintero, ask for your forgiveness for what my son did. I feel so ashamed for the actions and bad decisions of my son, and at the same time I am devastated, with my soul broken and my heart shattered into pieces. I also feel guilty because perhaps I was not there for my son the way I should have been.

Please, Judge Robinson, I beg you to give him an opportunity, another chance for my son. I ask that you have compassion for him. I have known my son since his birth. I assure you that he is not a bad person. He is good. He was only a victim of other bad people, people without a heart who approach young boys, make promises to them, and brain wash them with fallacies.

My son John was always a good boy. I never had problems with him in school. He was friendly, good, and loving. He liked going to the Christian church; he was even baptized, something that made our whole family happy—we are Catholic—and I am not sure why he stopped going to church.

My son began to change when he went to high school. From there he changed a lot. I feel guilty because I feel that he lacked the love and affection of his father. If his father had been in his life to advise him, I believe this would not have happened. But his father was irresponsible and never worried about him; he was not present in his life.

I always lived with my parents and my siblings. I was a single mother. I had a brother whom my son loved very much, but he was killed, and that affected John deeply. My mother also passed away, and that also affected him a lot. These are very hard things that we went through.

I worked so that my children would not lack anything, without realizing that what he lacked was love.

I know that my son has to be punished, but not to the point that he has to spend his whole life in custody. I believe that God has already given him an opportunity, because otherwise he

would be dead. Now my son's life is in your hands. Please, I beg you with my heart in my hands to give him another opportunity. I repeat, John is not bad; he merely allowed himself to get advantage of.

Look how things are—my older daughter turned 18 and left home to join the military. She is now a sergeant, and I am so proud of her. John always said he was going to be a Marine like his sister. My child was just a boy and now he is becoming an adult. Please do not allow him to spend his whole life in prison. I do not want to die while my son is incarcerated. I want to be alive so that when he gets out, I can receive him with open arms.

A new life awaits my son, far from Wilmington. I now have a stable place, a home where I would like him to be. I now live with a wonderful young man who also served in the Marine Corps. That is why I tell you that a very different life awaits John, full of love and many positive changes.

Well, Judge Robinson, I will not take up more of your time. May God bless you, and I hope that you have compassion for my son and give him one more opportunity. My son's life is now in your hands.

Sincerely,
[Signature]

To Whom It May Concern:

I, Ramiro Melena Suarez, am writing this letter on behalf of my nephew Johncarlo Quintero Melena. I have known him since he was a child and I am very fond of him.

Johncarlo is a good human being, unfortunately he made a very bad decision by being involved with these people, but he had always been a good kid. It is very hard to reconcile his behavior.

I own a lawn care and landscaping business here in Lemore, California. Johncarlo would work for me in the summers by raking leaves and mowing lawns. He would always listen to me and take my advice, but he started making bad decisions after he started associating with bad people he thought were his "friends."

Johncarlo is a loving son, brother, nephew, grandson, cousin and neighbor. Anyone who has known Johncarlo would say the same.

When we are young, we make mistakes, but he is young enough to take advantage of a second chance. I know and I hope that Johncarlo learns from this terrible decision which has ruined his life. He is a good kid, but he allowed himself to be influenced by adult gang members who took advantage of him because he did not have a father to protect him and them used him even though he was a minor.

Once he matures, he will learn to make wiser decisions. He is still very much a child that has a lot to learn. Unfortunately, he has to learn the hard way. As his family, we pray that he is sentence is merciful and that he reflects while he is away from his family so that he learns that the right path in life is to be a good person and to be law abiding.

I am at your disposal for any additional information you may need. Please do not hesitate to contact me at ▨▨▨▨▨▨▨

Sincerely,

Ramiro Melena Suarez

Juana Ramirez


Date: February 5, 2026

Re: John Carlo Quintero
Case Number: 25CR04822

To Whom It May Concern,

My name is Juana Ramirez and I have known Johncarlo for ten years. I am currently a cook at a chain restaurant in Torrance, CA and have lived in Wilmington, CA for twenty-one years. I met Johncarlo through his older sister, Maria. Knowing Maria for as long as I have, I often looked at Johncarlo as my own younger brother. Growing up, I spent a good majority of my life at the Melena's residence. Her little brother, Johncarlo, was always enthusiastic to hang out with us.

I am taking the time to write this letter to state that, although Johncarlo has made a bad decision, this does not dictate who he is. As a Wilmington resident for so many years, I have witnessed innocent kids in our neighborhood get caught up in the street life and still manage to turn their lives around. When I first met Johncarlo, he was a positive and sweet kid. He was raised a great brother, a great son who helped his mother around the house with chores, and an even greater friend to all the kids in his apartment. Johncarlo made a bad decision, but he deserves a second chance. Down to his core, he is a great kid who grew up with big dreams and wanted nothing more than to help his family. Unfortunately, living in Wilmington as a young boy and surrounded by gang violence, deterred him from that. I can empathize why Johncarlo might have felt that a nice and quiet life was out of reach. Most young boys in this neighborhood tend to believe that involvement with gangs is the only way to stay safe. I am very heartbroken that he fell victim to it. I strongly believe that if Johncarlo were given a second chance, he would take this as a learning lesson and see that there is a better life out there for him. I am confident that with the care of his older sister, Maria, he would never put himself in this position again.

Thank you for taking the time to read my letter.

Sincerely,
Juana Ramirez

To the Honorable Judge Robinson,

My name is Maria Manzo, and I would like to respectfully share, to the best of my knowledge and understanding, my experience with Jhoncarlo Quintero and his family.

I have known Jhoncarlo Quintero family for approximately 14 years, up to the present day, and I have known Jhoncarlo since he was a child. He has always been a cheerful, respectful young man. I have always seen that he was raised with strong values toward his mother, siblings, uncles, aunts, cousins, and everyone around him. He is a responsible and educated young man, and honestly, not the type of person I would have ever imagined being in the situation he is currently facing.

What his family—his mother, siblings, and grandparents—are going through is truly painful. As you know, sometimes friendships and outside influences can lead a person down the wrong path. However, I want to emphasize that his family is a wonderful, united family. I have always seen them together at family gatherings, sharing peaceful and respectful moments with one another. I have never witnessed anything unusual—only respect, love, and unity among them.

I express my most sincere feelings toward his mother and toward Jhoncarlo Quintero, for whom I have great affection and friendship. I have seen him grow from a child into a young man. He had a calm and stable life with his mother Rosy always involved in his upbringing, education, soccer activities, holidays, and birthdays. He spent time with my children, and I never had a single complaint about his behavior.

This is a very sad moment for his family. Jhoncarlo Quintero is a young man who still has hope and the possibility to reintegrate into society. With guidance, support, and love, he deserves an opportunity to demonstrate positive change and redemption if given that chance.

Sincerely
Maria Manzo.

Date: 0209/2026

Dear Judge Robinson,

I have known John Carlos Quintero and his family since he was four years old. Over the years, I have watched him grow up in very challenging circumstances. He was raised without a father figures, and his mother worked tirelessly as a single parent to support and care for his five children. With the support of his grandparents, who were always present in his life, John Carlos was raised with strong family values and a loving foundation.

As a child, John Carlo was kind-hearted and protective, especially toward his younger brothers. Being the oldest boy in the family placed a great deal of responsibility and pressure on him at a young age. Growing up in the difficult neighborhoods of Long Beach and Wilmington, California, he faced many environmental challenges that can heavily influence young people. Unfortunately, there were few positive male role models available to him, and limited community resources that offered guidance, mentorship, or opportunities for personal development.

Despite being raised with good values, John Carlo was exposed to negative influences outside of his home that led him to make poor decisions. However, I believe these choices do not define the person he truly is at heart. He is deeply loved by his family and greatly missed. His presence is important to them, and they continue to hope for his opportunity to learn, grow, and return as a better man.

I hope my words provide some helpful context as you consider his sentencing. Thank you for taking the time to read this letter.

Thank you,

Arturo Gonzalez

Assistant Manager

