# EXHIBIT A

# The 5 STEPS TO REENTRY
YOUR GUIDE TO SUCCESSFUL REINTEGRATION

## Participant Packet

Cuts & Coaching LLC
Grooming Males for Manhood



Welcome to The 5 Steps to Reentry Participant Packet. This packet is designed to help you reflect, plan, and take action throughout your reentry journey. Each page connects directly to one of the five key steps you'll be exploring. Use these exercises to track your progress, identify your strengths, and stay focused on your growth.

### Commitment to Growth:

During this 3-Day Training, each participant will receive a copy of The 5 Steps to Manhood by Baron Warren and is asked to commit to reading it fully as part of their reentry journey. This book serves as a foundation for every lesson in this program and will guide you toward integrity, purpose, learning,

I commit to reading *The 5 Steps to Manhood* during this 3-day training.

### STEP 1 — Living a Life of Integrity

Integrity means doing the right thing even when no one is watching. Reflect on how you can build trust and consistency in your daily life.
- What actions show integrity in your life today?
- When have you made a choice that reflected your true values?

### STEP 2 — Discovering Your Purpose

Purpose gives your life direction and meaning. Think about your talents, passions, and how you can use them to make a difference.
- What are you naturally good at?
- What problems in the world do you feel called to help solve?

**STEP 3**

Learning doesn't stop when you leave school or a facility. Every day is an opportunity to grow, adapt, and learn something new.
- What is one new skill or subject you want to learn this year?
- How can you create a daily or weekly habit of learning?

**STEP 4**

## Accountability

Accountability is about owning your actions and having people in your life who help you stay on track. It's also about building systems that support your success.
- Who are three people you can count on for honest feedback?
- What daily habits help you stay accountable to your goals?

**STEP 5**

## Mentorship

Mentorship means learning from others and giving back what you've learned. Great mentors help others rise while continuing to grow themselves.
- Who has been a positive role model in your life?
- How can you mentor or support someone else in their journey?

# My Reentry Promise

I commit to applying the 5 Steps to Reentry in my daily life. I understand that real change begins with consistent effort, personal accountability, and a desire to give back.

Signed with Commitment to Change: _Andrew Nunez_

Date: _1-28-26_